3:24MJ573 (TOF)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUL 2 2024 PM 2:25
FILED-USDC-CT-HARTFORD

In Re: APPLICATION FOR              :
                                    : ss. Hartford, Connecticut
SEARCH WARRANT                      :
_____ :

### A F F I D A V I T

I, Lawrence Smith, being duly sworn, depose and state as follows:

**I.    INTRODUCTION**

1.  I have been a United States Postal Inspection Service (hereinafter "USPIS") Task Force Officer since September 2019. I am assigned to the Boston Division, working out of Hartford, Connecticut. Prior to becoming a USPIS Task Force Officer, I was a police officer for the City of Waterbury Police Department (Waterbury, CT) for twenty years. I am presently a duly sworn police Detective for the City of New Britain Police Department (New Britain, Ct.) for the last eleven years. I have a combined police experience of over thirty years. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846 and violations of the State of Connecticut General Statutes for distribution of illegal narcotics. I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2.  I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF

currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Meriden, Plainville and Groton Police Departments, and a Special Agent from the USPS Office of Inspector General.

3. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

4. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §§ 841(a)(1) and other federal offenses.

5. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

6. Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

7. Unless stated otherwise:

   a. all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;

b. all dates are set forth on or about the approximate date; and

c. all weights are rounded to the nearest ounce and/or pound and are approximate.

## II. SUBJECT PARCEL

8. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that USPS Priority Mail parcel displaying USPS Tracking Number 9505 5115 9083 4176 7037 77, addressed to "B. Martinez 152 beechwood ave, Torrington ct 06790" and a return address of "P Martinez urb Las Palmas calle marfil A-3 Hatillo PR 00659" ("SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances.

9. On or about June 25, 2024, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. SUBJECT PARCEL is a USPS Priority Mail Large Flat Rate box, weighing approximately 13 pounds 13 oz and bears $24.75 in postage. The parcel was mailed from Hatillo, Puerto Rico.

10. A review of database records indicates that the delivery address on the SUBJECT PARCEL, "152 beechwood ave, Torrington ct 06790" is an actual valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed



that "B Martinez" is associated with that address. The location is a three-family residence and the sender failed to list an apartment or floor on the label. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "P Martinez" is not associated with the return address, "urb Las Palmas calle marfil A-3 Hatillo PR 00659".

11. On June 27, 2024, the SUBJECT PARCEL was examined by a trained narcotics detection canine. The canine is a four (4) year-old, tan and black German Shepherd named Onyx. Onyx is assigned to Officer Timothy Camerl of the West Hartford Police Department. Onyx was first certified in August of 2021 by the North American Police Work Dog Association (NAPWDA) and was last recertified in June of 2024. Onyx is certified in the detection of cocaine, crack cocaine, heroin, MDMA and methamphetamines. Onyx receives monthly in-service training sessions in the detection of narcotics.

12. The SUBJECT PARCEL was placed among four other similarly sized parcels prior to the handler arriving. Upon examination of the parcels, the canine handler informed me that the canine alerted to the SUBJECT PARCEL. The handler and canine left the area. The parcels, including each SUBJECT PARCEL were rearranged in different positions on the floor. The handler and canine were called in again. The canine handler informed me that the canine alerted to the SUBJECT PARCEL once again.

13. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL, is evidence of a controlled substance offense, in violation of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of illegal narcotics), 844 (possession of illegal narcotics), and 846 (conspiracy to violate federal narcotics laws). The SUBJECT PARCELS are presently in the custody of the U.S. Postal Inspection Service located at the 141 Weston Street, Hartford, CT 06101.

## III.  CONCLUSION

14.  WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Lawrence Smith
Digitally signed by Lawrence Smith
Date: 2024.07.02 08:28:47 -04'00'

LAWRENCE SMITH
USPIS TASK FORCE OFFICER

Subscribed and sworn to before me by telephone this 2nd day of July 2024.

Thomas O. Farrish
Date: 2024.07.02 13:51:23 -04'00'

HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

United States Postal Service ("USPS") Priority Mail Express parcel displaying USPS Tracking Number 9505 5115 9083 4176 7037 77, addressed to "B. Martinez 152 beechwood ave, Torrington ct 06790" and a return address of "P Martinez urb Las Palmas calle marfil A-3 Hatillo PR 00659" ("SUBJECT PARCEL"), which is currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a) (possession with intent to distribute and distribution of illegal narcotics), 844(possession of illegal narcotics), and 846 (conspiracy to violate federal narcotics laws), including United States currency and narcotics.